# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FECKY GUILLAUME,<br><br>Petitioner,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Respondents. | Case No. 1:26-cv-07232-JLT-SAB (HC)<br><br>ORDER GRANTING ALLISON RUB'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 4) |

Before the Court is the application of Allison Rub, attorney for Petitioner Fecky Guillaume, for admission to practice *pro hac vice*. L.R. 180(b)(2).

Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **September 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge